# Expert Report of Christopher Jackman

# (FILED UNDER SEAL)